IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,       :
   Plaintiff,                   :
                                       :
                                       :   CIVIL ACTION NO.
v.                              :   1:14-CR-0147-WBH
                                       :
EDDIE SYLVESTER STEELE,         :
   Defendant.                   :

### ORDER

This matter is before the Court for consideration of the Report and Recommendation (R&R) [Doc. 53], in which the Magistrate Judge recommends denying Defendant's motion to suppress, [Doc. 18]. After *de novo* review in light of Petitioner's objections, this Court concludes that the R&R is correct. Notably, after reviewing the record, this Court is confident that the photographic identification procedure about which Plaintiff complains was not "so impermissibly suggestive as to give rise to a very substantial likelihood of irreparable misidentification."

Accordingly, the R&R, [Doc. 53], is hereby **ADOPTED** as the order of this Court and Defendants' motion to suppress, [Doc. 18], is **DENIED**.

**IT IS SO ORDERED**, this 27th day of August, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)