# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:14-CR-0147-WBH |
| | : | |
| EDDIE SYLVESTER STEELE, | : | |
|     Defendant. | : | |

## ORDER

Having reviewed the Report and Recommendation of the Magistrate Judge in light of Defendant's objections, this Court concludes that the Magistrate Judge's findings and conclusions are correct. Accordingly, the Report and Recommendation, [Doc. 100], is hereby **ADOPTED** as the order of this Court and the Government's motion regarding the admissibility of prior crimes, [Doc. 65], is **GRANTED**; Defendant's motion to dismiss, [Doc. 71], is **DENIED**; Defendant's motion to dismiss Count II, [Doc. 87] is **DENIED**; and Defendant's petition to return to North Carolina, [Doc. 93] is **DENIED**.

**IT IS SO ORDERED,** this 28th day of July, 2016.

WILLIS B. HUNT, JR.
Judge, U. S. District Court

AO 72A
(Rev.8/82)